**WESTERN RADIO SERVICES COMPANY, INC.; et al., Plaintiffs–Appellants,**

v.

**Mike JOHANNS,\* Secretary, U.S. Department of Agriculture; et al., Defendants–Appellees.**

No. 05–35342.

United States Court of Appeals, Ninth Circuit.

Submitted May 8, 2007.\*\*

Filed May 10, 2007.

Marianne G. Dugan, Eugene, OR, for Plaintiffs–Appellants.

Kenneth C. Bauman, Esq., USPO—Office of the U.S. Attorney, Mark O. Hatfield, U.S. Courthouse, Portland, OR, for Defendants–Appellees.

Before: RYMER, GRABER, and BEA, Circuit Judges.

MEMORANDUM \*\*\*

Plaintiffs Western Radio Services Co., Inc., and Richard Oberdorfer sued the United States Forest Service and 24 individual Defendants associated with the United States and the United States For-

est Service, for failing to process an appeal of a Forest Service District Ranger's decision concerning Walker Mountain. The district court granted summary judgment to Defendants, after an earlier remand by this court, *W. Radio Servs. Co. v. Veneman,* 100 Fed.Appx. 649 (9th Cir.2004) (unpublished decision). On de novo review, *Universal Health Servs. Inc. v. Thompson,* 363 F.3d 1013, 1019 (9th Cir. 2004), we now affirm.

Plaintiffs properly directed their appeal of the District Ranger's decision to the Forest Supervisor. *See* 36 C.F.R. § 251.87(c)(1). The Forest Supervisor sent Plaintiffs a letter on January 15, 1999, that disposed of all claims in Plaintiffs' appeal and, thus, constituted a final decision. Defendants thereby "processed" Plaintiffs' Walker Mountain appeal. Under 36 C.F.R. § 251.87(c)(2), Plaintiffs were required to appeal this final decision to the Regional Forester within 15 days. Plaintiffs failed to do so; accordingly, Defendants were not required to take any further action on the Walker Mountain matter.

AFFIRMED.

\* Mike Johanns is substituted for his predecessor, Ann M. Veneman, as Secretary of the U.S. Department of Agriculture. Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.